

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 2 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

Phillip Tracy Rodgers, Sr.

               Defendant.

Case No.: CR17-00164-AB

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

     The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

     The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

     The Court finds that:

A.    ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __unknown community ties + bail resources; association w/ multiple personal identifiers__

1

2

3     and/or

4 B.   (X) The defendant has not met his/her burden of establishing by clear and

5     convincing evidence that he/she is not likely to pose a danger to the safety of any

6     other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7     finding is based on _instant allegations ; substance_

8     _abuse; criminal history_

9

10

11

12

13     IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED: _8/22/17_                    _____

17                          UNITED STATES MAGISTRATE JUDGE

                                                    Karen E. Scott

18

19

20

21

22

23

24

25

26

27

28